# Court of Appeals
# of the State of Georgia

ATLANTA,  July 23, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0004. TYRONE ERIC TAYLOR-SHORTER v. DOUGHERTY COUNTY SUPERIOR COURT.**

Upon consideration of the APPELLANT'S RULE 40(C) ORIGINAL MANDAMUS in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/23/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.